# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KNAPP, | Case No. 1:11-cv-01467-SKO PC |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SUBMIT PRISON RECORD CONTAINING DEFENDANT LEE'S NAME |
| v. | |
| N. GRANNIS, et al., | (Doc. 27) |
| Defendant. | THIRTY-DAY DEADLINE |

Plaintiff David Knapp, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 1, 2011. This action is proceeding on Plaintiff's amended complaint, filed on April 9, 2013, against Defendant Lee for violation of the Eighth Amendment of the United States Constitution. Plaintiff's claim arises out of Defendant's failure to provide him with adequate medical care while he was at California Substance Abuse Treatment Facility and State Prison in Corcoran, California.

The United States Marshal was directed to initiate service of process on Defendant K. Lee, M.D., on June 28, 2013. (Doc. 23.) On February 27, 2014, the United States Marshal returned the summons and USM-285 form unexecuted on the basis that Defendant Lee cannot be identified. (Doc. 27.)

///

///

1 | In an effort to expedite resolution of this matter, within **thirty (30) days** from the date of service of this order, Plaintiff SHALL submit a prison record bearing Defendant Lee's name to the Court.[1]

IT IS SO ORDERED.

Dated:   **March 7, 2014**                              **/s/ Sheila K. Oberto**
                                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] E.g., a medical record or a response by prison officials to Plaintiff's inmate appeal.