# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KNAPP, | Case No. 1:11-cv-01467-SKO (PC) |
| Plaintiff, | ORDER TO SHOW CAUSE RE SANCTIONS |
| v. | (Doc. 28) |
| N. GRANNIS, et al., | THIRTY-DAY DEADLINE |
| Defendant. | |
| _____/ | |

    Plaintiff David Knapp, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 1, 2011. This action is proceeding on Plaintiff's amended complaint, filed on April 9, 2013, against Defendant Lee for violation of the Eighth Amendment of the United States Constitution. Plaintiff's claim arises out of Defendant's failure to provide him with adequate medical care while he was at California Substance Abuse Treatment Facility and State Prison in Corcoran, California.

    On March 10, 2014, the Court ordered Plaintiff to submit a prison record bearing Defendant Lee's name within thirty days, following the United States Marshal's inability to locate Defendant Lee for service of process. (Docs. 27, 28.) More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the order.

///

///

Accordingly, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall show cause why sanctions should not be imposed for failing to obey a court order; and

2. If Plaintiff fails to respond to this order, this action will be dismissed, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated:   **April 24, 2014**                                   **/s/ Sheila K. Oberto**
                                                                                  UNITED STATES MAGISTRATE JUDGE